UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 19-CR-_____ |
| v. ) | |
| ) | |
| CHAD LANDRY ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C) –Distributing a Controlled Substance]**

On or about November 29, 2018, in the District of New Hampshire, the defendant,

**CHAD LANDRY,**

did knowingly and intentionally distribute a controlled substance, specifically fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C) –Distributing a Controlled Substance]**

On or about December 4, 2018, in the District of New Hampshire, the defendant,

**CHAD LANDRY,**

did knowingly and intentionally distribute a controlled substance, specifically fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT THREE

**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C) –Distributing a Controlled Substance]**

On or about December 7, 2018, in the District of New Hampshire, the defendant,

**CHAD LANDRY,**

did knowingly and intentionally distribute a controlled substance, specifically fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with Intent to Distribute a Controlled Substance]**

On or about December 11, 2018, in the District of New Hampshire, the defendant,

**CHAD LANDRY,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, specifically fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: June 26, 2019

/s/ Foreperson
FOREPERSON

SCOTT W. MURRAY
United States Attorney

By:   /s/ Joachim H. Barth
      Joachim H. Barth
      Assistant U.S. Attorney